# EXHIBIT 1

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| WAC1627400316 | | I751 - PETITION TO REMOVE CONDITIONS ON RESIDENCE |

| Received Date | Priority Date | Petitioner A207 119 448 |
|---|---|---|
| 06/30/2016 | | GURALY, OTTONE |

| Notice Date | Page | Beneficiary A207 119 448 |
|---|---|---|
| 04/05/2018 | 1 of 1 | GURALY, OTTONE |

OTTONE GURALY
107 64TH ST NE
BRADENTON FL 34208

**Notice Type:** Approval Notice
COA: IR6

Congratulations! Your request for the removal of the conditional basis of your permanent resident status has been approved. You are deemed to be a Lawful Permanent Resident of the United States as of the date of your original admission or adjustment of status.

You should receive a new Permanent Resident Card, Form I-551 (green card), within 60 days. Your card will include a mailer, Form I-797D, with important information about your status, responsibilities, and permanent resident services available to you.

Please be aware that if you have legal representation and signed a Notice of Entry of Appearance as Attorney or Accredited Representative (Form G-28) AND you selected 2b in Part 4, Consent to Representation, Contact Information and Signature, that your Permanent Resident Card, Form I-551 (green card) will be mailed to your legal representative.

You should not travel outside the United States before receiving your new card, as you may have difficulty reentering the United States. If an emergency arises and you have a need to travel outside the United States prior to receiving your Permanent Resident Card, you may make an appointment at your local USCIS office to request a stamp in your passport that shows temporary evidence of status as a lawful permanent resident. Please be aware that whether a stamp is issued is determined on a case-by-case basis by field office management. To make an appointment at your local USCIS office, please visit www.uscis.gov.

Please contact USCIS Customer Service at 1-800-375-5283 (TDD 1-800-767-1833) if you experience the following issue/s: (You will be asked to provide your Alien registration number)

- If any of the information shown above about you is incorrect
- If you move before receiving your card
- If you do not receive your card within the next 60 days
- If you have questions regarding permanent resident services available to you

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064

Customer Service Telephone: 800-375-5283



FORM I-797 [REV. 08/01/16]

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number YSC1837006882 | | Case Type I751 - PETITION TO REMOVE CONDITIONS ON RESIDENCE |
|---|---|---|
| Received Date 06/30/2016 | Priority Date | Petitioner A207 132 688 ZACHER, DIANA |
| Notice Date 04/05/2018 | Page 1 of 1 | Beneficiary A207 132 688 ZACHER, DIANA |

DIANA ZACHER
c/o O GURALY
107 64TH ST NE
BRADENTON FL  34208

**Notice Type:** Approval Notice
COA: IR7

Congratulations! Your request for the removal of the conditional basis of your permanent resident status has been approved. You are deemed to be a Lawful Permanent Resident of the United States as of the date of your original admission or adjustment of status.

You should receive a new Permanent Resident Card, Form I-551 (green card), within 60 days. Your card will include a mailer, Form I-797D, with important information about your status, responsibilities, and permanent resident services available to you.

Please be aware that if you have legal representation and signed a Notice of Entry of Appearance as Attorney or Accredited Representative (Form G-28) AND you selected 2b in Part 4, Consent to Representation, Contact Information and Signature, that your Permanent Resident Card, Form I-551 (green card) will be mailed to your legal representative.

You should not travel outside the United States before receiving your new card, as you may have difficulty reentering the United States. If an emergency arises and you have a need to travel outside the United States prior to receiving your Permanent Resident Card, you may make an appointment at your local USCIS office to request a stamp in your passport that shows temporary evidence of status as a lawful permanent resident. Please be aware that whether a stamp is issued is determined on a case-by-case basis by field office management. To make an appointment at your local USCIS office, please visit www.uscis.gov.

Please contact USCIS Customer Service at 1-800-375-5283 (TDD 1-800-767-1833) if you experience the following issue/s: (You will be asked to provide your Alien registration number)

- If any of the information shown above about you is incorrect
- If you move before receiving your card
- If you do not receive your card within the next 60 days
- If you have questions regarding permanent resident services available to you

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064

Customer Service Telephone: 800-375-5283



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| YSC1837006879 | | I751 - PETITION TO REMOVE CONDITIONS ON RESIDENCE |
| **Received Date** | **Priority Date** | **Petitioner** A207 132 685 |
| 06/30/2016 | | GURALY, NIKOLETT |
| **Notice Date** | **Page** | **Beneficiary** A207 132 685 |
| 04/05/2018 | 1 of 1 | GURALY, NIKOLETT |

NIKOLETT GURALY
c/o O GURALY
107 64TH ST NE
BRADENTON FL  34208

**Notice Type:** Approval Notice
COA: IR7

Congratulations! Your request for the removal of the conditional basis of your permanent resident status has been approved. You are deemed to be a Lawful Permanent Resident of the United States as of the date of your original admission or adjustment of status.

You should receive a new Permanent Resident Card, Form I-551 (green card), within 60 days. Your card will include a mailer, Form I-797D, with important information about your status, responsibilities, and permanent resident services available to you.

Please be aware that if you have legal representation and signed a Notice of Entry of Appearance as Attorney or Accredited Representative (Form G-28) AND you selected 2b in Part 4, Consent to Representation, Contact Information and Signature, that your Permanent Resident Card, Form I-551 (green card) will be mailed to your legal representative.

You should not travel outside the United States before receiving your new card, as you may have difficulty reentering the United States. If an emergency arises and you have a need to travel outside the United States prior to receiving your Permanent Resident Card, you may make an appointment at your local USCIS office to request a stamp in your passport that shows temporary evidence of status as a lawful permanent resident. Please be aware that whether a stamp is issued is determined on a case-by-case basis by field office management. To make an appointment at your local USCIS office, please visit www.uscis.gov.

Please contact USCIS Customer Service at 1-800-375-5283 (TDD 1-800-767-1833) if you experience the following issue/s: (You will be asked to provide your Alien registration number)

- If any of the information shown above about you is incorrect
- If you move before receiving your card
- If you do not receive your card within the next 60 days
- If you have questions regarding permanent resident services available to you

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064

Customer Service Telephone: 800-375-5283



FORM I-797 [REV. 08/01/16]

# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| YSC1837006877 | | I751 - PETITION TO REMOVE CONDITIONS ON RESIDENCE |

| Received Date | Priority Date | Petitioner  A207 132 687 |
|---|---|---|
| 06/30/2016 | | GURALY, ANGELA |

| Notice Date | Page | Beneficiary  A207 132 687 |
|---|---|---|
| 04/05/2018 | 1 of 1 | GURALY, ANGELA |

ANGELA GURALY
c/o O GURALY
107 64TH ST NE
BRADENTON FL  34208

**Notice Type:** Approval Notice
COA: IR7

Congratulations! Your request for the removal of the conditional basis of your permanent resident status has been approved. You are deemed to be a Lawful Permanent Resident of the United States as of the date of your original admission or adjustment of status.

You should receive a new Permanent Resident Card, Form I-551 (green card), within 60 days. Your card will include a mailer, Form I-797D, with important information about your status, responsibilities, and permanent resident services available to you.

Please be aware that if you have legal representation and signed a Notice of Entry of Appearance as Attorney or Accredited Representative (Form G-28) AND you selected 2b in Part 4, Consent to Representation, Contact Information and Signature, that your Permanent Resident Card, Form I-551 (green card) will be mailed to your legal representative.

You should not travel outside the United States before receiving your new card, as you may have difficulty reentering the United States. If an emergency arises and you have a need to travel outside the United States prior to receiving your Permanent Resident Card, you may make an appointment at your local USCIS office to request a stamp in your passport that shows temporary evidence of status as a lawful permanent resident. Please be aware that whether a stamp is issued is determined on a case-by-case basis by field office management. To make an appointment at your local USCIS office, please visit www.uscis.gov.

Please contact USCIS Customer Service at 1-800-375-5283 (TDD 1-800-767-1833) if you experience the following issue/s: (You will be asked to provide your Alien registration number)

- If any of the information shown above about you is incorrect
- If you move before receiving your card
- If you do not receive your card within the next 60 days
- If you have questions regarding permanent resident services available to you

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064

Customer Service Telephone: 800-375-5283



# THE UNITED STATES OF AMERICA

## I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| YSC1837006876 | | I751 - PETITION TO REMOVE CONDITIONS ON RESIDENCE |

| Received Date | Priority Date | Petitioner   A207 132 686 |
|---|---|---|
| 06/30/2016 | | GURALY, OTTO |

| Notice Date | Page | Beneficiary   A207 132 686 |
|---|---|---|
| 04/05/2018 | 1 of 1 | GURALY, OTTO |

OTTO GURALY
c/o O GURALY
107 64TH ST NE
BRADENTON FL  34208

**Notice Type:** Approval Notice
COA: IR7

Congratulations! Your request for the removal of the conditional basis of your permanent resident status has been approved. You are deemed to be a Lawful Permanent Resident of the United States as of the date of your original admission or adjustment of status.

You should receive a new Permanent Resident Card, Form I-551 (green card), within 60 days. Your card will include a mailer, Form I-797D, with important information about your status, responsibilities, and permanent resident services available to you.

Please be aware that if you have legal representation and signed a Notice of Entry of Appearance as Attorney or Accredited Representative (Form G-28) AND you selected 2b in Part 4, Consent to Representation, Contact Information and Signature, that your Permanent Resident Card, Form I-551 (green card) will be mailed to your legal representative.

You should not travel outside the United States before receiving your new card, as you may have difficulty reentering the United States. If an emergency arises and you have a need to travel outside the United States prior to receiving your Permanent Resident Card, you may make an appointment at your local USCIS office to request a stamp in your passport that shows temporary evidence of status as a lawful permanent resident. Please be aware that whether a stamp is issued is determined on a case-by-case basis by field office management. To make an appointment at your local USCIS office, please visit www.uscis.gov.

Please contact USCIS Customer Service at 1-800-375-5283 (TDD 1-800-767-1833) if you experience the following issue/s: (You will be asked to provide your Alien registration number)

- If any of the information shown above about you is incorrect
- If you move before receiving your card
- If you do not receive your card within the next 60 days
- If you have questions regarding permanent resident services available to you

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064

Customer Service Telephone: 800-375-5283

