# EXHIBIT 2

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Receipt Number | | Case Type |
|---|---|---|
| WAC1627400316 | | I751 - PETITION TO REMOVE CONDITIONS ON RESIDENCE |
| **Received Date** | **Priority Date** | Petitioner A207 119 448 |
| 06/30/2016 | | GURALY, OTTONE |
| **Notice Date** | **Page** | Beneficiary A207 119 448 |
| 04/18/2019 | 1 of 1 | GURALY, OTTONE |

OTTONE GURALY
107 64TH ST NE
BRADENTON FL 34208

**Notice Type:** Reopen Notice

We have reviewed the application or petition ("your case") listed above. We have reopened your case, or reconsidered the decision previously issued on your case. We will notify you in writing when we make a decision on your case or if we need additional information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648004
Lee's Summit MO 64064
USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 06/07/18