# EXHIBIT 3

U.S. Department of Homeland Security

U.S. Citizenship and Immigration Services

*Tampa Field Office*

5629 Hoover Blvd

Tampa, FL 33634

APR 1 8 2019



U.S. Citizenship
and Immigration
Services

Ottone Guraly

107 64th Street North East

Bradenton, FL 34208

A207119448

WAC1627400316

## DECISION

Dear Ottone Guraly:

Thank you for submitting Form I-751, Petition to Remove Conditions on Residence, to U.S. Citizenship and Immigration Services (USCIS) under section 216 of the Immigration and Nationality Act (INA).

After a thorough review of your petition and supporting documents, and your testimony during your interview, unfortunately, we must inform you that we are denying your application for the following reason(s).

### Statement of Facts and Analysis, Including Ground(s) for Denial

USCIS records show that you were admitted to the United States in immigrant classification CR6, conditional spouse of a U.S. citizen, on April 4, 2014. You filed Form I-751 based on entering into a qualifying marriage with a U.S. citizen, and you filed your joint petition together with your spouse, Aaron Bryant Key.

USCIS received your Form I-751 on June 30, 2016. You submitted the following documentation with your petition:

- Copy of your permanent resident card, along with those of your children

- Copy of your Florida Driver's License (February 2, 2015) and the Florida Driver's License for Aaron Bryant Key (June 24, 2009), with his address 8317 Cypress Lake Dr, Sarasota FL 34243-2959, and your address 107 64th Street NE, Bradenton, FL 34208-0000

- Lease and Rental Agreement for Ottone Guraly and Aaron B. Key January 12, 2015 at 14821 Skip Jack Loop, Bradenton FL 33402.

- Completed Federal Income Tax Form 1040 for the years 2014 to 2016, with filing status of married filing jointly. Additionally, listing the following children as dependents: Ehan J. key, Otto Guraly, Nikolett Guraly, and Angela Guraly. Furthermore, your 2016 Tax return list you both as living at 6337 Safford Terrace, North Port, FL 34287; your 2014 and 2015 return address is 8317 Cypress Lake Dr. Sarasota FL 34243.

- Statements from Bank of America checking account for Aaron B. Key and Ottone Guraly (October 11, 2014 – November 9, 2017)

- Geico insurance car statement for Aaron B. Key and Ottone Guraly policy dates (October 6, 2017 to April 6, 2018, at address: 8317 Cypress Lake Drive, Sarasota, FL 34243-2959

- Photos

On April 5, 2018, you appeared for an interview with an Immigration Services Officer in connection with your Form I-751. At the interview, you affirmed the following documents:

- Copy of your permanent resident card, along with those of your children

- Copy of your Florida Driver's License (February 2, 2015) and the Florida Driver's License for Aaron Bryant Key (June 24, 2009), with his address 8317 Cypress Lake Dr, Sarasota FL 34243-2959, and your address 107 64th Street NE, Bradenton, FL 34208-0000

- Lease and Rental Agreement for Ottone Guraly and Aaron B. Key January 12, 2015 at 14821 Skip Jack Loop, Bradenton FL 33402.

- Completed Federal Income Tax Form 1040 for the years 2014 to 2016, with filing status of married filing jointly. Additionally, listing the following children as dependents: Ehan J. key, Otto Guraly, Nikolett Guraly, and Angela Guraly. Furthermore, your 2016 Tax return list you both as living at 6337 Safford Terrace, North Port, FL 34287; your 2014 and 2015 return address is 8317 Cypress Lake Dr. Sarasota FL 34243.

- Statements from Bank of America checking account for Aaron B. Key and Ottone Guraly (October 11, 2014 – November 9, 2017)

- Geico insurance car statement for Aaron B. Key and Ottone Guraly policy dates (October 6, 2017 to April 6, 2018, at address: 8317 Cypress Lake Drive, Sarasota, FL 34243-2959

- The presence of your children: Diana Zacher born June 17, 1997; Nikolett Guraly, born April 15, 2008; Otto Guraly, born September 24, 2010; and Angela Guraly, born September 24, 2010.

- Photos

At the interview, you also provided testimony under oath. Your testimony and the petitioner's testimony were consistent with respect to your basic biographical information, how you traveled to the interview, how you met, basic details about your wedding, your address, the amount you pay in rent, the size of your home, the basic location of your previous shared home, your and your spouse's parents' information, and the location of your and your spouse's place of work.

However, after your interview was concluded USCIS discovered the following information:

- Mr. Aaron Key has been living with his mother and biological son at a different address from the one you both provided

- On April 24, 2017 Mr. Aaron Key was placed on Sex Offender Probation in the Circuit Court in Sarasota, FL. Additionally, he was sentenced to eight months in county jail, and followed by four years of Sex Offender Probation

- Mr. Aaron Key's probation officer provided a written statement on April 26, 2018, attesting that Mr. Key had a court ordered special conditions to his probation which states in part "no contact with a child under the age of 18 unless the court approves such contact basin the recommendation on a risk assessment".

- His probation officer was completely unaware that he was married or that he had step children

- When Mr. Key was questioned by his probation regarding his marriage status, he stated that he was "technically" married but he told everyone that he was single or a widower

- Mr. Key provided an additional statement regarding his relationship with another woman that he had been dating for several years

- He also stated to his probation officer that he only went to the USCIS interview on April 5, 2018 as a favor to you (Ottone Guraly)

- 

While the joint documentation you submitted at your interview implies that you and your husband have been consistently sharing a residence and financial responsibilities, your testimony during your interview with the Immigration Officer indicates that you made material misrepresentations to USCIS regarding your co-habitation with Aaron B. Key.

The applicant bears the burden of establishing that his application merits favorable consideration. Matter of G-, 9 I&N Dec. 38 (BIA 1958). You have failed to do so.

Accordingly, your petition cannot be approved and is hereby denied. Because the petition you filed to remove the conditions on residence has been denied, your conditional status has been terminated as of the date of this letter. Additionally, the conditional status of your children is also terminated. You are further notified that your case has been forwarded for the issuance of a Notice to Appear. You may seek review of USCIS's decision in removal proceedings.

Sincerely,

Michael J. McCleary

Acting Field Office Director