# EXHIBIT 4

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE9265642314 | 089773432575 | I90 - APPLICATION TO REPLACE PERMANENT RESIDENT CARD |
| Received Date | Priority Date | Applicant |
| 03/19/2019 | 03/19/2019 | A207 119 448 |
| Notice Date | Page | OTTONE  GURALY |
| 03/19/2019 | 1 of 1 | |

GURALY, OTTONE
107 64TH ST NE
BRADENTON FL 34208-6055

**Notice Type:** Receipt Notice
**Received Amount:** $ .00 U.S. Paid

Thank you for submitting your application, petition, or request. Our office is currently processing it.

Please verify your personal information listed above. If you need to make any changes, immediately notify the USCIS National Customer Service Center (NCSC) using the phone number below.

**Next Steps:**

- We will schedule you for an appointment at a USCIS Application Support Center (ASC) for you to provide your fingerprints, photograph and/or signature.
- We will mail you a separate biometrics appointment notice with the specific date, time, and ASC location. Please wait until you receive your appointment notice before going to the ASC.

Be advised that this notice does **NOT** serve as notification of your biometrics appointment.

If you have any questions or comments regarding this notice or the status of your case, please contact the NCSC toll free at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have questions about immigration benefits, services, filing information, or forms, please visit our website at www.uscis.gov or call the NCSC.

If your mailing address changes while your case is pending, please update it through your USCIS Online Account or by calling the NCSC.

You will be notified separately about any other application, petition, or request you may have filed with us.

Please note that if a priority date appears on this notice, it does not reflect any earlier retained priority dates.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Potomac Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
2200 Potomac Center Dr
MS 2425
Arlington VA 20598-2425



USCIS Contact Center: www.uscis.gov/contactcenter

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.  Form I-797C 06/07/18